# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                    :   NO. 938

                                 :

ORDER AMENDING RULE 201 OF THE   :   SUPREME COURT RULES DOCKET
PENNSYLVANIA RULES OF EVIDENCE   :

                                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of February, 2023, upon the recommendation of the Committee on Rules of Evidence; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

       It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Evidence 201 is amended in the attached form.

       This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2023.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.